

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Eligah HAYES, Petitioner**

**No. 340 EAL 2017**

Supreme Court of Pennsylvania.

December 19, 2017

## ORDER

PER CURIAM

AND NOW, this 19th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Tyler Dwayne JOHNS, Petitioner**

**No. 502 MAL 2017**

Supreme Court of Pennsylvania.

December 19, 2017

## ORDER

PER CURIAM

AND NOW, this 19th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Leon PLATT, Petitioner**

**Commonwealth of Pennsylvania,**
**Respondent**

v.

**Leon Platt, Petitioner**

**Commonwealth of Pennsylvania,**
**Respondent**

v.

**Leon Platt, Petitioner**

**No. 295 WAL 2017**
**No. 296 WAL 2017**
**No. 297 WAL 2017**

Supreme Court of Pennsylvania.

December 19, 2017

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Craig GARDNER, Petitioner**

**No. 212 EAL 2017**

Supreme Court of Pennsylvania.

December 19, 2017